UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>) | |
| **v.** ) | **CRIMINAL NO. 01-61-P-H** |
| ) | |
| **MURRAY SPAULDING,** ) | |
| ) | |
| **Supervised Releasee** ) | |

## ORDER

This matter came before me this date for a preliminary hearing pursuant to Fed. R. Crim. P. 32.1(a)(1). The supervised releasee appeared with counsel, waived his right to a preliminary hearing and consented to the entry of a finding of probable cause to hold him for a revocation hearing. Accordingly, I **_FIND_** probable cause to hold the supervised releasee for a revocation hearing.

The supervised releasee offered no evidence or other information to satisfy his burden of establishing that he will not flee or pose a danger to any other person or to the community. *See* Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a). He must, therefore, be **_DETAINED_** pending the outcome of the revocation hearing.

The supervised releasee is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The supervised releasee shall be afforded a reasonable opportunity for private consultation with his counsel. On order of a court of the United States or on request of an attorney for the government, the person in

charge of the corrections facility shall deliver the supervised releasee to the United States Marshal for the purposes of an appearance in connection with a court proceeding.

Dated this 24th day of September, 2008.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge